IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

NATHAN CARL BROKENROPE, SR.,      )
                                  )
                 Plaintiff,       )
                                  )           4:05CV3204
            vs.                   )
                                  )             ORDER
WENDY BREHM, et al.,              )
                                  )
                 Defendants.      )
                                  )

        This matter is before the court on filing no. 17, the motion for leave to withdraw counsel, filed by the defendants.  Filing no. 17 also seeks leave to substitute Michele Lewon for Jennifer Tomka as counsel on record for the defendants.

        IT THEREFORE IS ORDERED that the motion for leave to withdraw (#17) is granted.  The Clerk shall send Jennifer Tomka a copy of this order, and then remove her from the distribution list for this case. Michele Lewon will now be the counsel on record for the defendants in this case.

        DATED this 16th day of June, 2006.

                        BY THE COURT:


                        s/F.A. GOSSETT
                        United States Magistrate Judge